UNITED STATES of America,
Plaintiff–Appellee,

v.

Jonathan GREENE, Defendant–
Appellant.

No. 06–16136
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

May 24, 2007.

Dean S. Daskal, U.S. Attorney's Office, Columbus, GA, for Plaintiff–Appellee.

Rick D. Collum, The Collum Law Firm, P.C., Moultrie, GA, for Defendant–Appellant.

Before TJOFLAT, BIRCH and HILL, Circuit Judges.

PER CURIAM:

Rick D. Collum, appointed counsel for Jonathan Greene in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Greene's conviction and sentence are **AFFIRMED**.